Levi S. Jernigan, Appellant, v. Board of Public Instruction of Putnam County, Florida, a corporation under the laws of Florida, Appellee.

### Division B.

Appeal from Circuit Court, Putnam county; William S. Bullock, Judge.

John E. Marshall for appellant.

Davis & Hilburn for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam*.